STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHN GIORDANO, DEFENDANT-PETITIONER.

*Mr. Ernest S. Glickman* for the petitioner.

*Mr. Vincent A. Panaro* and *Mr. Edward J. Phelan* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ALFREDO PEREZ, DEFENDANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis* for the respondent.

July 8, 1968. Denied.

THE BROAD STREET NATIONAL BANK OF TRENTON, PLAINTIFF-RESPONDENT, v. GENERAL REDISCOUNT CORPORATION, DEFENDANT-PETITIONER.

*Messrs. Peskin & O'Donnell* for the petitioner.

*Messrs. Wicoff & Voorhees* for the respondent.

July 8, 1968. Denied.